# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARDELL DEMOND ROBINSON

NO. 2019 KW 0690

**JULY 22, 2019**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-10-0063.

---

**BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT GRANTED.** The district court abused its discretion in granting respondent's motion to correct illegal sentence. Accordingly, the district court's ruling is reversed.

PMc
TMH
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT